**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STANDING ROCK SIOUX TRIBE,
P.O. Box D
Fort Yates, ND 58538,

Plaintiff,

v.

U.S. ARMY CORPS OF ENGINEERS;
441 G Street NW,
Washington, D.C. 20314-1000;

ADAM R. TELLE, in his official capacity as Assistant Secretary of the Army (Civil Works),
108 Army Pentagon,
Washington, D.C. 20310-0108;

JOSEPH M. SAHL, in his official capacity as Commander, U.S. Army Corps of Engineers, Omaha District, 1616 Capitol Avenue,
Omaha, NE 68102-4901;

U.S. PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION,
1200 New Jersey Avenue SE, Washington, D.C. 20590; and

PAUL J. ROBERTI, in his official capacity as Administrator, U.S. Pipeline and Hazardous Materials Safety Administration,
1200 New Jersey Avenue SE, Washington, D.C. 20590,

Defendants.

Case No. 1:26-cv-03540

**INTERVENOR-STATES' MOTION TO INTERVENE AS DEFENDANT-INTERVENORS**

Pursuant to Federal Rule of Civil Procedure 24 and D.D.C. Local Rule 7(j), the States of North Dakota, Iowa, South Dakota, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, Oklahoma, South Carolina, Tennessee, Texas, Utah, and West Virginia (collectively, "Intervenor-States") submit this motion to intervene as Defendant-Intervenors. Intervenor-States respectfully request that the Court grant their motion for leave to intervene as of right pursuant to Fed. R. Civ. P. 24(a)(2) or, alternatively, grant permissive intervention under Fed. R. Civ. P. 24(b)(1)(B).

In accordance with Local Rule 7(m), counsel for Intervenor-States conferred with counsel for Plaintiff and Federal Defendants. Plaintiff has not provided a position to Intervenor-States as of the filing of this motion. Federal Defendants take no position on Intervenor-States' Motion.

As set forth in the attached memorandum, Intervenor-States satisfy the requirements for intervention as of right under Fed. R. Civ. P. 24(a)(2) or, alternatively, for permissive intervention under Fed. R. Civ. P. 24(b)(1)(B). Intervenor-States seek to participate in this matter to protect significant sovereign, environmental, and economic interests that are threatened by Plaintiff's Complaint, which seeks to shut down the Dakota Access Pipeline ("DAPL"). Further, Intervenor-States will comply with all deadlines applicable to Federal Defendants in this matter, and will coordinate with Federal Defendants and any other Defendant-Intervenors to avoid duplication.

Thus, for these reasons and the reasons stated in the accompanying memorandum, Intervenor-States should be granted leave to intervene as of right pursuant to Fed. R. Civ. P. 24(a)(2) or, alternatively, granted permissive intervention under Fed. R. Civ. P. 24(b)(1)(B).

Date: November 4, 2026.

DREW H. WRIGLEY
Attorney General of North Dakota

/s/ *Philip Axt*
PHILIP AXT
Solicitor General
600 E. Boulevard Ave., Dept. 125
Bismarck ND 58505
Phone: (701) 328-2210
Email: pjaxt@nd.gov

/s/ *Paul M. Seby*
PAUL M. SEBY (DC Bar No. CO000129)
Special Assistant Attorney General
1144 15th St, Suite 3300
Denver, CO 80202
Phone: (303) 572-6584
Email: sebyp@gtlaw.com

*Counsel for State of North Dakota*

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric H. Wessan*
ERIC H. WESSAN
Solicitor General
PATRICK C. VALENCIA
Deputy Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov

*Counsel for State of Iowa*

MARTY J. JACKLEY
Attorney General
State of South Dakota

/s/ *Amanda Miiller*
AMANDA MIILLER
Deputy Attorney General
South Dakota Office of the Attorney General
1302 East SD Highway 1889,
Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Email: amanda.miiller@state.sd.us

*Counsel for State of South Dakota*

STEVE MARSHALL
Attorney General

/s/ *A. Barrett Bowdre*
A. BARRETT BOWDRE
Solicitor General
State of Alabama
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Barrett.Bowdre@AlabamaAG.gov

*Counsel for State of Alabama*

CORI MILLS
Acting Alaska Attorney General

/s/ *Jessica M. Alloway*
JESSICA M. ALLOWAY
Acting Alaska Solicitor General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
907.269.6612
jessie.alloway@alaska.gov

*Counsel for State of Alaska*

TIM GRIFFIN
Arkansas Attorney General

/s/ *Joseph Nelson*
JOSEPH NELSON
Senior Assistant Solicitor General
AUTUMN HAMIT PATTERSON
Solicitor General
Office of the Arkansas
Attorney General
101 West Capitol Avenue
Little Rock, AR 72201
(501) 301-0259
joseph.nelson@arkansasag.gov
autumn.patterson@arkansasag.gov

*Counsel for State of Arkansas*

JAMES UTHMEIER
ATTORNEY GENERAL

/s/ *David M.S. Dewhirst*
DAVID M.S. DEWHIRST (FBN 1076928)
Solicitor General
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399
(850) 414-3300
david.dewhirst@myfloridalegal.com

*Counsel for State of Florida*

CHRISTOPHER M. CARR
ATTORNEY GENERAL

/s/ *John Henry Thompson*
JOHN HENRY THOMPSON
SOLICITOR GENERAL
Office of the Georgia
Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3373
jhthompson@law.ga.gov

*Counsel for State of Georgia*

RAÚL R. LABRADOR
Attorney General Idaho

/s/ *Michael A. Zarian*
MICHAEL A. ZARIAN
Solicitor General
Office of the Idaho Attorney General
700 W. Jefferson St., Suite 210,
Boise, Idaho 83720
(208) 334-2400
michael.zarian@ag.idaho.gov

*Counsel for State of Idaho*

THEODORE E. ROKITA
Attorney General

*/s/ James A. Barta*
JAMES A. BARTA
Solicitor General
Office of the Indiana Attorney General
302 W. Washington Street
IGC South, Fifth Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-0709
Fax: (317) 232-7979
James.Barta@atg.in.gov

*Counsel for State of Indiana*

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ James Rodriguez*
JAMES RODRIGUEZ, No. #29172
Deputy Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 368-8197
Jay.Rodriguez@ag.ks.gov

*Counsel for State of Kansas*

RUSSELL COLEMAN
ATTORNEY GENERAL

*/s/ Jason P. Woodall*
JASON P. WOODALL (KBA No. 95013)
Office of the Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Jason.Woodall@ky.gov

*Counsel for Commonwealth of Kentucky*

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Kelsey L. Smith*
J. BENJAMIN AGUIÑAGA
Solicitor General
KELSEY L. SMITH
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 428-7432
SmithKel@ag.louisiana.gov

*Counsel for State of Louisiana*

LYNN FITCH
Attorney General of Mississippi

*s/ Justin L. Matheny*
JUSTIN L. MATHENY
Deputy Solicitor General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

CATHERINE L. HANAWAY
ATTORNEY GENERAL OF MISSOURI

/s/ *Louis J. Capozzi III*
LOUIS J. CAPOZZI, III
Missouri Solicitor General
Missouri Bar #77756
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 645-9662
Fax (573) 751-0774
Louis.Capozzi@ago.mo.gov

*Counsel for State of Missouri*

AUSTIN KNUDSEN
Montana Attorney General

/s/ *Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
Solicitor General
Montana Dept. of Justice
215 N. Sanders Street
Helena, MT 59601
christian.corrigan@mt.gov
(406) 444-2026

*Counsel for State of Montana*

MICHAEL T. HILGERS
Attorney General of Nebraska

*/s/ Cody S. Barnett*
CODY S. BARNETT
Solicitor General
Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297
cody.barnett@nebraska.gov

*Counsel for State of Nebraska*

GENTNER F. DRUMMOND
Attorney General

*/s/ Garry M. Gaskins, II*
GARRY M. GASKINS, II
Solicitor General
Oklahoma Office of the Attorney General
313 Northeast 21st Street
Oklahoma City, Oklahoma 73105
(405) 312-2451
Garry.Gaskins@oag.ok.gov

*Counsel for State of Oklahoma*

ALAN WILSON
Attorney General of South Carolina

/s/ Joseph D. Spate
JOSEPH D. SPATE
Deputy Solicitor General
P.O. Box 11549
Columbia, SC 29211
803-734-3371
josephspate@scag.gov

*Counsel for State of South Carolina*

JONATHAN SKRMETTI
*Attorney General and Reporter*

/s/ Zachary Clark
ZACHARY R. CLARK
*Director of Strategic Litigation*
Office of the Tennessee Attorney General & Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Zachary.Clark@ag.tn.gov
(615) 741-7403

*Counsel for State of Tennessee*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

WILLIAM D. WASSDORF
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

/s/ Ian Lancaster
IAN LANCASTER
Assistant Attorney General
Ian.Lancaster@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

*Counsel for State of Texas*

DEREK BROWN
Attorney General of Utah

/s/ Stanford Purser
STANFORD PURSER
Solicitor General
Office of the Utah Attorney General
160 East 300 South, Fifth floor
Salt Lake City, Utah 84111
Phone: 801-366-0533
Spurser@agutah.gov

*Counsel for State of Utah*

JOHN B. MCCUSKEY
ATTORNEY GENERAL OF WEST VIRGINIA

/s/ Michael R. Williams
MICHAEL R. WILLIAMS
Solicitor General

Office of the Attorney General
of West Virginia
State Capitol Complex
Building 1, Room E-26
1900 Kanawha Blvd. E
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of November 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Paul M. Seby*