AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

STANDING ROCK SIOUX TRIBE
*Plaintiff*
v.
U.S. ARMY CORPS OF ENGINEERS et al
*Defendant*

Case No. 1:26-cv-03540

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of West Virginia .

Date: 11/05/2026

/s/ Michael R. Williams
*Attorney's signature*

Michael R. Williams (7102162)
*Printed name and bar number*

West Virginia Attorney General's Office
1900 Kanawha Blvd., East
Building 1, Room E-26
Charleston, WV 25305
*Address*

michael.r.williams@wvago.gov
*E-mail address*

(304) 558-2021
*Telephone number*

(304) 558-0140
*FAX number*