**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **STANDING ROCK SIOUX TRIBE**,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**U.S. ARMY CORPS OF ENGINEERS**, et al.,<br><br>*Defendants*,<br><br>**DAKOTA ACCESS, LLC**,<br>8111 Westchester Drive, Suite 600,<br>Dallas, Texas 75225,<br><br>*Proposed Defendant-Intervenor.* | § § § § § § § § § § § § § § § § § § § § § | **Case No. 1:26-cv-03540-JEB** |

**PROPOSED RESPONSIVE PLEADING OF DAKOTA ACCESS, LLC**

Pursuant to Federal Rule of Civil Procedure 24(c) and Local Civil Rule 7(j), and in accordance with the intervention procedure employed in *Standing Rock Sioux Tribe v. U.S. Army Corps of Engineers*, No. 24-cv-2905 (D.D.C.), Proposed Defendant-Intervenor Dakota Access, LLC ("Dakota Access"), hereby submits its pleading setting forth the claim or defense for which intervention is sought. Dakota Access is seeking intervention in order to oppose each and every request for relief in Plaintiff's Complaint, and to fully participate in this matter in defense of the federal Defendants' decisions and actions at issue in this case. More specifically, Dakota Access is seeking intervention to defend against Plaintiffs' nine claims of relief, which allege violations of the National Historic Preservation Act, the Native American Graves Protection and Reparation

Act, the National Environmental Policy Act, the Clean Water Act, the Mineral Leasing Act, the Administrative Procedure Act, and associated regulations.

If granted intervention, Dakota Access will file its answer or responsive pleading by the same deadlines as those set for the Defendants.

Dated: October 30, 2026

Respectfully submitted,

*/s/ William S. Scherman*

William S. Scherman (D.C. Bar No. 384860)
Jason J. Fleischer (D.C. Bar No. 978810)
Joshua S. Johnson (D.C. Bar No. 1018697)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6550
Facsimile: (202) 639-6604
Email: wscherman@velaw.com
Email: jfleischer@velaw.com
Email: joshjohnson@velaw.com

*Counsel for Dakota Access, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 30th day of October 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record. The undersigned counsel further certifies that a true and correct copy of the foregoing was served on counsel for defendants, Sara E. Costello, via email, with her consent, at: sara.costello2@usdoj.gov.

Dated: October 30, 2026

Respectfully submitted,

*/s/ William S. Scherman*
William S. Scherman (D.C. Bar No. 384860)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6550
Facsimile: (202) 639-6604
Email: wscherman@velaw.com

*Counsel for Dakota Access, LLC*